UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

MARIAH LOPEZ,

                                         Plaintiff,          08 Civ. 3311 (DLC)

              -against-

THE CITY OF NEW YORK, et al.,

                                         Defendants.

---------------------------------------------------------------------X

## PROOF OF SERVICE

       **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

       I am over 18 years of age and am not a party to this action.

       That on June 5, 2008, at 2:42 p.m., at the office of the Corporation Counsel of the City of New York, 100 Church Street, 4th Floor, New York, NY 10007, I served a **Summons and Complaint** upon the City of New York, defendant therein named, by delivering and leaving one true copy of the **Summons and Complaint** with Amanda Gonzalez personally.  Declarant knew said individual to be authorized to accept service on behalf of defendant City of New York.

Dated:       New York, New York
                 June 14, 2008

                                            By:           /s
                                                   Rose M. Weber  (RW 0515)