UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
MARIAH LOPEZ,                            :
                    Plaintiff,           :
                                         :    08 CIV. 3311 (DLC)
        -v-                              :
                                         :    ORDER
THE CITY OF NEW YORK, POLICE             :
COMMISSIONER RAYMOND KELLY, P.O.s JOHN   :
and JANE DOE #1-50, individually and in  :
their official capacities, (the names    :
John and Jane Doe being fictitious, as   :
the true names are presently unknown),   :
DISTRICT ATTORNEY ROBERT MORGENTHAU, in  :
his official capacity, and STEVEN        :
LAWYER,                                  :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08

DENISE COTE, District Judge:

   The defendants having requested through a June 26, 2008 letter an extension of the time to answer and of the initial pretrial conference, it is hereby

   ORDERED that the time to respond to the complaint is extended to August 26, 2008.

   IT IS FURTHER ORDERED that the July 11, 2008 initial pretrial conference is adjourned to September 5, 2008 at 9:30 a.m. in Courtroom 11B, 500 Pearl Street.

Dated:    New York, New York
          June 30, 2008

                                         _____
                                         DENISE COTE
                                         United States District Judge