UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARIAH LOPEZ,

                                          Plaintiff,

                                                                        08 Civ. 3311 (DLC)

                  -against-

THE CITY OF NEW YORK, et al.,

                                          Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

       **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

       I am over 18 years of age and am not a party to this action.

       That on July 3, 2008, at approximately 11:45 a.m., at the office of the City of New York Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, New York, I served a **Summons and Complaint** upon Police Commissioner Raymond Kelly, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with Rebecca Chasen, Esq., personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Kelly.

Dated:      New York, New York
              July 3, 2008

                                                             By:          /s
                                                                Rose M. Weber  (RW 0515)