```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
MARIAH LOPEZ,                            :
                        Plaintiff,       :
                                         :
          -v-                            :
                                         :
THE CITY OF NEW YORK, POLICE             :   08 Civ. 3311 (DLC)
COMMISSIONER RAYMOND KELLY, P.O.S JOHN   :
and JANE DOE #1-50, individually and in  :        ORDER
their official capacities, (the names    :
John and Jane Doe being fictitious, as   :
the true names are presently unknown),   :
DISTRICT ATTORNEY ROBERT MORGENTHAU, in  :
his official capacity, and STEVEN        :
LAWYER,                                  :
                        Defendants.      :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

DENISE COTE, District Judge:

By Order dated June 30, 2008, defendants' time to respond to plaintiff's complaint was extended to August 26, 2008. By letter dated July 1, plaintiff's counsel informed the Court that an extension had been sought by only one defendant, the City of New York, and that defendant Steven Lawyer was in default, having been served with a summons and complaint but never having answered it or otherwise responded to it. Accordingly, it is hereby

ORDERED that the June 30 Order is hereby amended to apply only to defendant City of New York.

IT IS FURTHER ORDERED that any order to show cause why a default judgment should not be entered against defendant Steven

Lawyer is due Friday, July 11, 2008, at Noon. The return date for this order shall be Friday, July 25, at Noon, at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 11B.

SO ORDERED:

Dated:   New York, New York
         July 3, 2008

                                    _____
                                           DENISE COTE
                                    United States District Judge

Copies sent to:

Rose M. Weber
225 Broadway, Suite 1607
New York, NY 10007

Jessica T. Cohen
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007