

# ROSE M. WEBER
### ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                                         TELEPHONE: (212) 748-3355

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08
```

July 10, 2008

**MEMO ENDORSED**

**BY MAIL**
Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

  Re: *Mariah Lopez v. City of New York, et al.*, 08 Civ. 3311 (DLC)

Your Honor:

  By Order dated July 3, 2008, the Court directed that any order to show cause why a default judgment should not be entered against defendant Steven Lawyer would be due by tomorrow's date. Plaintiff respectfully requests that that deadline be extended by three weeks (i.e., until August 1, 2008).

  Service on Mr. Lawyer was effected by one of plaintiff's acquaintances. In order for me to obtain an affidavit of service (which is necessary in seeking a default judgment), plaintiff must locate this gentleman and bring him to my office. Plaintiff, however, was incarcerated until July 7, 2008 and is currently involved in finding housing and other vital endeavors. She has advised me that she will be able to begin looking for her acquaintance early this coming week and expects to be able to locate him promptly. I will then be able to undertake the remaining steps required in obtaining a default judgment.

  Thank you for your consideration in this matter.

                  Respectfully,

                  *Rose M. Weber*

                  Rose M. Weber (RW 0515)

cc: Jessica T. Cohen, Esq. (by fax)

*The plaintiff shall promptly reserve defendant Lawyer.*

*Denise Cote*
*July 11, 2008*