UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARIAH LOPEZ,

                                              Plaintiff,

                                                                       08 Civ. 3311 (DLC)

                  -against-

THE CITY OF NEW YORK, et al.,

                                            Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on July 17, 2008, at approximately 12:45 p.m., at the office of the New York County District Attorney, 1 Hogan Place, 7th Floor, New York, New York, I served a **Summons and Complaint** upon District Attorney Robert Morgenthau, defendant therein named, by delivering and leaving a true copy of the **Summons and Complaint** with David Young, personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Morgenthau.

Dated:      New York, New York
               July 20, 2008

                                                           By:          /s
                                                                      Rose M. Weber (RW 0515)