```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____          │
│ DATE FILED: 7/22/08         │
└─────────────────────────────┘
```





RECEIVED
JUL 22 2008
CHAMBERS OF
DENISE COTE

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JESSICA T. COHEN
*Assistant Corporation Counsel*
jecohen@law.nyc.gov
(212) 788-1895
(212) 788-9776 (fax)

July 21, 2008

**BY HAND DELIVERY**
The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re: Mariah Lopez v. City of New York, et al.,
08 CV 3311 (DLC)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the defense of this matter. I write to respectfully request an enlargement of time until August 26, 2008 to answer or otherwise respond to plaintiff's complaint on behalf of defendant Raymond Kelly. Plaintiff's counsel, Rose Weber, Esq., consents to this request.

    On June 26, 2008 this office requested an enlargement of time to respond to plaintiff's complaint until August 26, 2008 on behalf of defendant City of New York. Your Honor subsequently granted that request. This office has since learned that defendant Raymond Kelly may have also been served with process in this action. Accordingly, I write to request an enlargement of time from July 23, 2008, until August 26, 2008, on behalf of defendant Kelly, so that a single response may be filed on behalf of all defendants represented by this office.

*Granted -*
*[signature]*
*July 22, 2008*

Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  Jessica T. Cohen (JC 0044)
                                  Assistant Corporation Counsel

cc:    Rose Weber, Esq. (by first-class mail)
       Attorney for Plaintiff