UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
MARIAH LOPEZ,                       :
                    Plaintiff,      :
                                    :    08 CIV. 3311 (DLC)
        -v-                         :
                                    :       PRETRIAL
THE CITY OF NEW YORK, POLICE        :    SCHEDULING ORDER
COMMISSIONER RAYMOND KELLY, P.O.s JOHN :
and JANE DOE #1-50, individually and in :
their official capacities, (the names :
John and Jane Doe being fictitious, as :
the true names are presently unknown), :
DISTRICT ATTORNEY ROBERT MORGENTHAU, in :
his official capacity, and STEVEN   :
LAWYER,                             :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

DENISE COTE, District Judge:

     As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on September 5, 2008, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **September 19, 2008**.

2.   No additional parties may be joined or pleadings amended after **October 31, 2008**.

3.   The parties are instructed to contact the chambers of Magistrate Judge Eaton prior to **January 9, 2009** in order to pursue settlement discussions under his supervision.

4.   All fact discovery must be completed by **March 6, 2009**.

5.   Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **March 6, 2009**. Defendants' identification of experts and disclosure of expert testimony must occur by **March 27, 2009**.

6.   All expert discovery must be completed by **April 24, 2009**.

1

7. The following motion will be served by the dates indicated below.

   Any motion for summary judgment

   - Motion served by **May 22, 2009**
   - Opposition served by **June 12, 2009**
   - Reply served by **June 19, 2009**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8. In the event no motion is filed, the Joint Pretrial Order must be filed by **May 22, 2009**.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         September 5, 2008

_____
DENISE COTE
United States District Judge