```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIAH LOPEZ,                           :
                         Plaintiff,     :
                                        :
            -v-                         :
                                        :
THE CITY OF NEW YORK, POLICE            :    08 Civ. 3311 (DLC)
COMMISSIONER RAYMOND KELLY, P.O.S JOHN  :
and JANE DOE #1-50, individually and in :    ORDER
their official capacities, (the names   :
John and Jane Doe being fictitious, as  :
the true names are presently unknown),  :
DISTRICT ATTORNEY ROBERT MORGENTHAU, in :
his official capacity, and STEVEN       :
LAWYER,                                 :
                         Defendants.    :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/09

DENISE COTE, District Judge:

After Magistrate Judge Eaton reported that plaintiff Mariah Lopez does not intend to pursue her claims against defendant Steven Lawyer, an Order issued on August 6, 2009, stating that Lopez's claims against Lawyer would be dismissed with prejudice unless Lawyer objected to dismissal by August 21.  No objection having been received from Lawyer, it is hereby

ORDERED plaintiff's claims against Lawyer are dismissed. The Clerk of Court shall close the case.

SO ORDERED:

Dated:    New York, New York
          August 27, 2009

                              _____
                                    DENISE COTE
                              United States District Judge

Copies sent to:

Rose M. Weber
225 Broadway, Suite 1607
New York, NY 10007

Jessica T. Cohen
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
New York, NY 10007

Steven Lawyer
498 West 159th Street #1B
New York, NY 10032